Edward H. Morris, receiver for the Binga State Bank, appellant, v. Adelbert H. Roberts, Sr., appellee. Gen. No. 36,027.

Opin-
ion filed October 4, 1932.

James B. Cashin, for appellant; Thomas P. Harris, of counsel.
Albert B. George, for appellee; Sidney A. Jones, Jr., of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.